UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER WILLIAMSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:07-CV-5632-RBL-KLS<br><br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions:  the Appeals Council will not disturb the period of disability found in the administrative law judge's (ALJ) hearing decision; the ALJ will further consider whether Plaintiff's disability continued after February 3, 2005, pursuant to the seven-step and eight-step regulations (20 C.F.R. §§ 404.1594, 416.994) and cite to evidence to support the findings; the ALJ will evaluate, and specify the weight given to, the opinions of Dr. Parker (Tr. 287-295), Dr. Wheeler (Tr. 240-247), Dr. Shuler (Tr. 277-280), Dr. Savlov (Tr. 281-286), Dr. Chalstrom

Page 1       PROPOSED ORDER- [3:07-CV-5632-RBL-KLS]

(Tr. 248-253), Dr. Knowles (Tr. 508-510), and Ms. Allison and Dr. Stankus (Tr. 547-548); the ALJ will further evaluate Plaintiff's subjective complaints; the ALJ will further evaluate the statements of Mrs. Janice Williamson (Tr. 158-162), Mr. Mark and Janice Williamson (Tr. 191), Ms. Korre (Tr. 163-167), Mr. Johnson (Tr. 192), and Ms. Bryson (Tr. 193); and, if possible, the ALJ will contact Dr. Tanaka for additional information about the notation at Tr. 519 that Plaintiff's primary care physician (PCP) stated that she was medically clear to return to work with some minor restriction, inquiring as to the nature of the restriction and the basis for his opinions.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 29th day of May, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2113
Fax:    206-615-2531
daphne.banay@ssa.gov

Page 2    PROPOSED ORDER- [3:07-CV-5632-RBL-KLS]