# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER WILLIAMSON, | Civil No. 3:07-CV-5632-RBL |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER FOR ATTORNEY FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,796.39 and costs in the amount of $350.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein

///

Page 1     PROPOSED ORDER- [3:07-CV-5632-RBL]

DATED this 7th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-2113
Fax: 206-615-2531
daphne.banay@ssa.gov

Page 2     PROPOSED ORDER- [3:07-CV-5632-RBL]